3337

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-00119-MCF |
| WILSON RODRIGUEZ SANTIAGO<br>MADELINE CARRASQUILLO PAGAN<br>Debtor(s) | CHAPTER 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

Comes now BANCO POPULAR DE PUERTO RICO ("BPPR"), through its undersigned counsel and very respectfully states and prays:

1. BPPR, a secured creditor herein, has engaged the services of Frau & Asociados, to represent it in the instant case.

2. BPPR requests that all notices and documents be forwarded to the undersigned's law offices at the following address:

CARLOS G. BATISTA-JIMENEZ, ESQ.
PO Box 331150
Ponce, Puerto Rico 00733-1150
Tel. (787) 843-3404; (787) 840-7435
Fax. (787) 843-3431
Email: lcdobatista@frauyasoc.com

WHEREFORE, it is respectfully prayed that this Court takes notice of the above, and that the undersigned law offices be included in the Electronic Mail Notice List.

CERTIFICATE OF SERVICE: I hereby certify that <u>on this same date</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants including but not limited to: Monsita Lecaroz Arribas, Esq., ustpregion21.hr.ecf@usdoj.gov; Alejandro

CASE NO. 19-00119-MCF -2-

Oliveras Rivera, Esq., Chapter 13 Trustee, aorecf@ch13sju.com; Roberto Aristides, Esq., Attorney for Debtor(s), fslawpr@gmail.com.

Ponce, Puerto Rico, this 22th day of January, 2019.

s/Carlos G. Batista Jiménez
Carlos G. Batista Jiménez, Esq.
USDC-PR 206711
PO Box 331150, Ponce, PR 00733-1150
Tel. (787) 843-3404; (787) 840-7435
Fax. (787) 843-3431
Email: lcdobatista@frauyasoc.com
