IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER 19-00119 MCF |
| WILSON RODRIGUEZ SANTIAGO<br>MADELINE CARRASQUILLO PAGAN | CHAPTER 13 |
| DEBTORS | |

**DEBTORS' MOTION CONCERNING AMENDMENT TO SCHEDULE "E/F"**

**TO THE HONORABLE COURT:**

**COME NOW, WILSON RODRIGUEZ SANTIAGO and MADELINE CARRASQUILLO PAGAN,** debtors through his undersigned attorney Counsel, and very respectfully state and pray as follows:

1. The debtors hereby amend Schedule "E/F" to previously filed Schedule "E/F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: <u>include unsecured claim, account no. x6590, from creditor Administracion de Servicios Medicos de PR, División de Facturacion y Cobros, PO Box 2129, San Juan, PR 00922-2129, balance owed $1266.00 and account no. x1821, x5065, x3183, from creditor Hospital Hima San Pablo, PO Box 4980, Caguas, PR , 00726, balance owed $920.00.</u>

**WHEREFORE**, the debtors pray that this Honorable Court take knowledge of said amendment and provide accordingly.

**NOTICE**

**Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is**

Page -2-
**Debtor's Motion Concerning Amendment to Schedule "E/F"**
Case No. 19-00119 MCF 13

**forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtors to their address of record; to the creditors affected by the amendment: *Administración de Servicios Medicos de PR, División de Facturacion y Cobros, PO Box 2129, San Juan, PR 00922-2129 and Hospital HIMA San Pablo, PO Box 4980, Caguas, PR 00726,* and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 21st day of February, 2019.

*/s/ Roberto A. Figueroa Colón*
ROBERTO A. FIGUEROA COLON
USDC #300105
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO PR  00970-1635
TEL NO. (787) 470-7699
EMIAIL: rfigueroa@fslawpr.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | WILSON | RODRIGUEZ | SANTIAGO |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | MADELINE | CARRASQUILLO | PAGAN |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:19-bk-119

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **Departamento de Hacienda**<br>Priority Creditor's Name<br>**Paseo Covadonga #10**<br>**Edif Intendente Ramirez**<br>**San Juan, PR 00902-4140**<br>Number Street City State Zip Code | Last 4 digits of account number **0692**<br>When was the debt incurred? | $17,447.26 | $17,447.26 | $0.00 |

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**Taxes 2015**

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | Total claim |
|---|---|

Debtor 1 **RODRIGUEZ SANTIAGO, WILSON &**
Debtor 2 **CARRASQUILLO PAGAN, MADELINE**

Case number (if known) **3:19-bk-119**

---

**4.1**

**Administracion de Servicios Medicos PR**
Nonpriority Creditor's Name

**Division de Facturación y Cobros**
**PO Box 2129**
**San Juan, PR 00922-2129**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **6590**           $1,266.06

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Bill**

---

**4.2**

**Amex**
Nonpriority Creditor's Name

**PO Box 297871**
**Fort Lauderdale, FL 33329-7871**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **5763**           $2,461.00

When was the debt incurred? **2007-09**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Open account**

---

**4.3**

**Amex**
Nonpriority Creditor's Name

**PO Box 297871**
**Fort Lauderdale, FL 33329-7871**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **8003**           $1.00

When was the debt incurred? **2016-04**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Open account**

---

| | | |
|---|---|---|
| Debtor 1 | RODRIGUEZ SANTIAGO, WILSON & | |
| Debtor 2 | CARRASQUILLO PAGAN, MADELINE | Case number (if known) 3:19-bk-119 |

---

**4.4** **Banco Popular de Puerto Rico**
Nonpriority Creditor's Name
**Bankruptcy Department
PO Box 366818
San Juan, PR 00936-6818**
Number Street City State ZIp Code

Last 4 digits of account number **4050**          $16,150.00

When was the debt incurred? **2005-09**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Revolving account**

---

**4.5** **Banco Popular de Puerto Rico**
Nonpriority Creditor's Name
**Bankruptcy Department
PO Box 366818
San Juan, PR 00936-6818**
Number Street City State ZIp Code

Last 4 digits of account number **0103**          $1.00

When was the debt incurred? **2011-08**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Installment account**

---

**4.6** **Banco Santander Puerto Rico**
Nonpriority Creditor's Name
**PO Box 362589
San Juan, PR 00936-2589**
Number Street City State ZIp Code

Last 4 digits of account number **7050**          $4,941.00

When was the debt incurred? **2008-04**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Revolving account**

---

| | | |
|---|---|---|
| Debtor 1 | RODRIGUEZ SANTIAGO, WILSON & | |
| Debtor 2 | CARRASQUILLO PAGAN, MADELINE | Case number (if known) 3:19-bk-119 |

---

**4.7 Claro**
Nonpriority Creditor's Name

PO Box 360998
San Juan, PR 00936-0998
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **1114**         $18.00

When was the debt incurred?  **2008-06-05**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Open account**

---

**4.8 Departamento de Hacienda**
Nonpriority Creditor's Name

Paseo Covadonga #10
Edif Intendente Ramirez
San Juan, PR 00902-4140
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **0692**         $6,683.88

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Taxes 2014**

---

**4.9 Dsnb Macys**
Nonpriority Creditor's Name

PO Box 8218
Mason, OH 45040-8218
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **3441**         $1.00

When was the debt incurred?  **2010-12**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Revolving account**

---

Debtor 1 **RODRIGUEZ SANTIAGO, WILSON &**
Debtor 2 **CARRASQUILLO PAGAN, MADELINE**

Case number (if known) **3:19-bk-119**

---

**4.10** | **Firstbank Puerto Rico**
Nonpriority Creditor's Name

**PO Box 9146**
**San Juan, PR 00908-0146**
Number Street City State ZIp Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **6405**    $7,243.00

When was the debt incurred? **2011-06**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Revolving account**

---

**4.11** | **Hospital Hima San Pablo**
Nonpriority Creditor's Name

**PO Box 4980**
**Caguas, PR 00726**
Number Street City State ZIp Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **1821**    $120.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Bill**

---

**4.12** | **Hospital Hima San Pablo**
Nonpriority Creditor's Name

**PO Box 4980**
**Caguas, PR 00726**
Number Street City State ZIp Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **5065**    $50.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Bill**

---

Debtor 1 **RODRIGUEZ SANTIAGO, WILSON &**
Debtor 2 **CARRASQUILLO PAGAN, MADELINE**  Case number (if known) **3:19-bk-119**

---

**4.13**  **Hospital Hima San Pablo**
Nonpriority Creditor's Name

**PO Box 4980**
**Caguas, PR 00726**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **3183**     $750.00

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Bill**

---

**4.14**  **Island Finan**
Nonpriority Creditor's Name

**PO Box 71504**
**San Juan, PR 00936-8604**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **1988**     $4,131.00

When was the debt incurred? **2016-04-22**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Installment account**

---

**4.15**  **Oriental Bank**
Nonpriority Creditor's Name

**254 Ave Munoz Rivera # 15T**
**San Juan, PR 00918-1900**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **2467**     $12,506.00

When was the debt incurred? **2008-03**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Revolving account**

---

Debtor 1 **RODRIGUEZ SANTIAGO, WILSON &**
Debtor 2 **CARRASQUILLO PAGAN, MADELINE**

Case number (if known) **3:19-bk-119**

---

**4.16** **Sears/Cbna**
Nonpriority Creditor's Name

Last 4 digits of account number **9596** — **$2,003.00**

When was the debt incurred? **2005-06**

**PO Box 6282**
**Sioux Falls, SD 57117-6282**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Revolving account**

---

**4.17** **Syncb/Jc Penney Pr**
Nonpriority Creditor's Name

Last 4 digits of account number **3850** — **$1.00**

When was the debt incurred? **2009-10**

**PO Box 965007**
**Orlando, FL 32896-5007**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Revolving account**

---

**4.18** **Syncb/Jc Penney Pr**
Nonpriority Creditor's Name

Last 4 digits of account number **4353** — **$1.00**

When was the debt incurred? **2018-07**

**PO Box 965007**
**Orlando, FL 32896-5007**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Revolving account**

---

| | | |
|---|---|---|
| Debtor 1 | RODRIGUEZ SANTIAGO, WILSON & | |
| Debtor 2 | CARRASQUILLO PAGAN, MADELINE | Case number (if known) 3:19-bk-119 |

### 4.19 Syncb/Walmart DC
Nonpriority Creditor's Name

**PO Box 965024**
**Orlando, FL 32896-5024**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** 3841
**When was the debt incurred?** 2008-05

$1.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Revolving account**

---

### 4.20 Syncb/Walmart DC
Nonpriority Creditor's Name

**PO Box 965024**
**Orlando, FL 32896-5024**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** 4470
**When was the debt incurred?** 2008-05-16

$1.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Revolving account**

---

### 4.21 Td Rcs/Advance Auto
Nonpriority Creditor's Name

**1000 Macarthur Blvd**
**Mahwah, NJ 07430-2035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** 2052
**When was the debt incurred?** 2010-02

$1.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Revolving account**

---

**Part 3: List Others to Be Notified About a Debt That You Already Listed**

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Debtor 1 **RODRIGUEZ SANTIAGO, WILSON &**
Debtor 2 **CARRASQUILLO PAGAN, MADELINE**  Case number (if known) **3:19-bk-119**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Administracion de Servicios Medicos PR** <br> **Division de Facturación y Cobros** <br> **PO Box 2129** <br> **San Juan, PR 00922-2129** | Line **4.1** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **6590** |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 17,447.26 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 17,447.26 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 58,330.94 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 58,330.94 |

**Fill in this information to identify your case:**

Debtor 1: **WILSON RODRIGUEZ SANTIAGO**
First Name  Middle Name  Last Name

Debtor 2: **MADELINE CARRASQUILLO PAGAN**
(Spouse if, filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): **3:19-bk-119**

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ WILSON RODRIGUEZ SANTIAGO**
**WILSON RODRIGUEZ SANTIAGO**
Signature of Debtor 1

Date **February 21, 2019**

X **/s/ MADELINE CARRASQUILLO PAGAN**
**MADELINE CARRASQUILLO PAGAN**
Signature of Debtor 2

Date **February 21, 2019**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 19-00119-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Thu Feb 21 12:19:07 AST 2019 | BANCO POPULAR DE PUERTO RICO<br>MORTGAGE COUNSELING AND BANKRUPTCY (762)<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | ORIENTAL BANK CCU<br>CCU BANKRUPTCY DEPARTMENT<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | Amex<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 | Banco Popular de Puerto Rico<br>Bankruptcy Department<br>PO Box 366818<br>San Juan, PR 00936-6818 |
| Banco Santander Puerto Rico<br>PO Box 362589<br>San Juan, PR 00936-2589 | Claro<br>PO Box 360998<br>San Juan, PR 00936-0998 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION 424 B<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| Departamento de Hacienda<br>Paseo Covadonga #10<br>Edif Intendente Ramirez<br>San Juan, PR 00901-2613 | Dsnb Macys<br>PO Box 8218<br>Mason, OH 45040-8218 | FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146, SAN JUAN, PR 00908-0146 |
| Firstbank Puerto Rico<br>PO Box 9146<br>San Juan, PR 00908-0146 | Island Finan<br>PO Box 71504<br>San Juan, PR 00936-8604 | ORIENTAL BANK<br>Centralized Collections Unit<br>BOX 364745,<br>SAN JUAN, P.R. 00936-4745<br>Att.: RAMN A. SNCHEZ MARRERO 00936-4745 |
| Sears/Cbna<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 | Syncb/Jc Penney Pr<br>PO Box 965007<br>Orlando, FL 32896-5007 | Syncb/Walmart DC<br>PO Box 965024<br>Orlando, FL 32896-5024 |
| Td Rcs/Advance Auto<br>1000 Macarthur Blvd<br>Mahwah, NJ 07430-2035 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | MADELINE CARRASQUILLO PAGAN<br>MANSIONES DE SANTA BARBARA A-14 CALLE CO<br>GURABO, PR 00778 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO ARISTIDES FIGUEROA COLON<br>FIGUEROA & SERRANO PSC<br>PO BOX 1635<br>GUAYNABO, PR 00970-1635 | WILSON RODRIGUEZ SANTIAGO<br>MANSIONES DE SANTA BARBARA A-14 CALLE CO<br>GURABO, PR 00778 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)BANCO POPULAR DE PUERTO RICO<br>MORTGAGE COUNSELING AND BANKRUPTCY (762)<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 | End of Label Matrix<br>Mailable recipients 23<br>Bypassed recipients 1<br>Total 24 |