IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER 19-00119 MCF |
| WILSON RODRIGUEZ SANTIAGO<br>MADELINE CARRASQUILLO PAGAN | CHAPTER 13 |
| DEBTORS | |

**DEBTORS' MOTION CONCERNING AMENDMENT TO SCHEDULE "E/F"**

**TO THE HONORABLE COURT:**

**COME NOW, WILSON RODRIGUEZ SANTIAGO and MADELINE CARRASQUILLO PAGAN,** debtors through his undersigned attorney Counsel, and very respectfully state and pray as follows:

1. The debtors hereby amend Schedule "E/F" to previously filed Schedule "E/F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: _include unsecured claim, account no. x0351, from creditor Hima - San Pablo, Apartado 4980, Caguas, PR 00726-4980, balance owed $135.00._

**WHEREFORE**, the debtors pray that this Honorable Court take knowledge of said amendment and provide accordingly.

**NOTICE**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
**Debtor's Motion Concerning Amendment to Schedule "E/F"**
Case No. 19-00119 MCF 13

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtors to their address of record; to the creditors affected by the amendment: _Hima - San Pablo, Apartado 4980, Caguas, PR 00726-4980_ and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 30th day of October, 2019.

/s/ _Roberto A. Figueroa Colón_
ROBERTO A. FIGUEROA COLON
USDC #300105
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO PR  00970-1635
TEL NO. (787) 470-7699
EMIAIL: rfigueroa@fslawpr.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | WILSON | RODRIGUEZ | SANTIAGO |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | MADELINE | CARRASQUILLO | PAGAN |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:19-bk-119

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Departamento de Hacienda** | Last 4 digits of account number 0692 | $17,447.26 | $17,447.26 | $0.00 |
| | Priority Creditor's Name | When was the debt incurred? | | | |
| | **Paseo Covadonga #10** | | | | |
| | **Edif Intendente Ramirez** | | | | |
| | **San Juan, PR 00902-4140** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| | **Who incurred the debt?** Check one. | ☐ Contingent | | | |
| | ☒ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ Check if this claim is for a  community debt | ☒ Taxes and certain other debts you owe the government | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ☒ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | **Taxes 2015** | | | |

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1 **RODRIGUEZ SANTIAGO, WILSON &**
Debtor 2 **CARRASQUILLO PAGAN, MADELINE**

Case number (if known) **3:19-bk-119**

---

### 4.1 Administracion de Servicios Medicos PR
Nonpriority Creditor's Name

**Division de Facturación y Cobros**
**PO Box 2129**
**San Juan, PR 00922-2129**
Number Street City State Zip Code

Last 4 digits of account number **6590**

When was the debt incurred?

$1,266.06

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Medical Bill**

---

### 4.2 Amex
Nonpriority Creditor's Name

**PO Box 297871**
**Fort Lauderdale, FL 33329-7871**
Number Street City State Zip Code

Last 4 digits of account number **5763**

When was the debt incurred? **2007-09**

$2,461.00

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Open account**

---

### 4.3 Amex
Nonpriority Creditor's Name

**PO Box 297871**
**Fort Lauderdale, FL 33329-7871**
Number Street City State Zip Code

Last 4 digits of account number **8003**

When was the debt incurred? **2016-04**

$1.00

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Open account**

---

| | | |
|---|---|---|
| Debtor 1 | RODRIGUEZ SANTIAGO, WILSON & | |
| Debtor 2 | CARRASQUILLO PAGAN, MADELINE | Case number (if known) 3:19-bk-119 |

---

**4.4** **Banco Popular de Puerto Rico**
Nonpriority Creditor's Name
**Bankruptcy Department**
**PO Box 366818**
**San Juan, PR 00936-6818**
Number Street City State Zip Code

Last 4 digits of account number **4050**                $16,150.00

When was the debt incurred? **2005-09**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Revolving account**

---

**4.5** **Banco Popular de Puerto Rico**
Nonpriority Creditor's Name
**Bankruptcy Department**
**PO Box 366818**
**San Juan, PR 00936-6818**
Number Street City State Zip Code

Last 4 digits of account number **0103**                $1.00

When was the debt incurred? **2011-08**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Installment account**

---

**4.6** **Banco Santander Puerto Rico**
Nonpriority Creditor's Name
**PO Box 362589**
**San Juan, PR 00936-2589**
Number Street City State Zip Code

Last 4 digits of account number **7050**                $4,941.00

When was the debt incurred? **2008-04**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Revolving account**

---

| | | | |
|---|---|---|---|
| Debtor 1 | RODRIGUEZ SANTIAGO, WILSON & | | |
| Debtor 2 | CARRASQUILLO PAGAN, MADELINE | Case number (if known) | 3:19-bk-119 |

---

**4.7  Claro**
Nonpriority Creditor's Name

PO Box 360998
San Juan, PR 00936-0998
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number   **1114**              $18.00

When was the debt incurred?   **2008-06-05**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Open account**

---

**4.8  Departamento de Hacienda**
Nonpriority Creditor's Name

Paseo Covadonga #10
Edif Intendente Ramirez
San Juan, PR 00902-4140
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number   **0692**              $6,683.88

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Taxes 2014**

---

**4.9  Dsnb Macys**
Nonpriority Creditor's Name

PO Box 8218
Mason, OH 45040-8218
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number   **3441**              $1.00

When was the debt incurred?   **2010-12**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Revolving account**

---

| | | | |
|---|---|---|---|
| Debtor 1 | RODRIGUEZ SANTIAGO, WILSON & | | |
| Debtor 2 | CARRASQUILLO PAGAN, MADELINE | Case number (if known) | 3:19-bk-119 |

### 4.10 Firstbank Puerto Rico
Nonpriority Creditor's Name

PO Box 9146
San Juan, PR 00908-0146
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **6405**                              **$7,243.00**

When was the debt incurred?   **2011-06**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Revolving account**

---

### 4.11 Hospital Hima San Pablo
Nonpriority Creditor's Name

PO Box 4980
Caguas, PR 00726
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **1821**                              **$120.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical Bill**

---

### 4.12 Hospital Hima San Pablo
Nonpriority Creditor's Name

PO Box 4980
Caguas, PR 00726
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **5065**                              **$50.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical Bill**

---

| | | |
|---|---|---|
| Debtor 1 | RODRIGUEZ SANTIAGO, WILSON & | |
| Debtor 2 | CARRASQUILLO PAGAN, MADELINE | Case number (if known) 3:19-bk-119 |

**4.13 Hospital Hima San Pablo**
Nonpriority Creditor's Name

PO Box 4980
Caguas, PR 00726
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number **3183**        **$750.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Medical Bill**

---

**4.14 HospitalHima San Pablo**
Nonpriority Creditor's Name

Apartado 4980
Caguas, PR 00726
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number **0351**        **$135.00**

When was the debt incurred? **06/19/2017**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Medical Bill**

---

**4.15 Island Finan**
Nonpriority Creditor's Name

PO Box 71504
San Juan, PR 00936-8604
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number **1988**        **$4,131.00**

When was the debt incurred? **2016-04-22**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Installment account**

Debtor 1 **RODRIGUEZ SANTIAGO, WILSON &**
Debtor 2 **CARRASQUILLO PAGAN, MADELINE**   Case number (if known) **3:19-bk-119**

---

### 4.16 Oriental Bank
Nonpriority Creditor's Name

**254 Ave Munoz Rivera # 15T**
**San Juan, PR 00918-1900**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **2467**  $12,506.00
When was the debt incurred? **2008-03**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Revolving account**

---

### 4.17 Sears/Cbna
Nonpriority Creditor's Name

**PO Box 6282**
**Sioux Falls, SD 57117-6282**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **9596**  $2,003.00
When was the debt incurred? **2005-06**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Revolving account**

---

### 4.18 Syncb/Jc Penney Pr
Nonpriority Creditor's Name

**PO Box 965007**
**Orlando, FL 32896-5007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **3850**  $1.00
When was the debt incurred? **2009-10**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Revolving account**

---

| | | |
|---|---|---|
| Debtor 1 | RODRIGUEZ SANTIAGO, WILSON & | |
| Debtor 2 | CARRASQUILLO PAGAN, MADELINE | Case number (if known) 3:19-bk-119 |

---

**4.19 Syncb/Jc Penney Pr**
Nonpriority Creditor's Name

PO Box 965007
Orlando, FL 32896-5007
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number **4353**        $1.00
When was the debt incurred? **2018-07**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Revolving account**

---

**4.20 Syncb/Walmart DC**
Nonpriority Creditor's Name

PO Box 965024
Orlando, FL 32896-5024
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number **3841**        $1.00
When was the debt incurred? **2008-05**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Revolving account**

---

**4.21 Syncb/Walmart DC**
Nonpriority Creditor's Name

PO Box 965024
Orlando, FL 32896-5024
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number **4470**        $1.00
When was the debt incurred? **2008-05-16**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Revolving account**

---

Debtor 1 RODRIGUEZ SANTIAGO, WILSON &
Debtor 2 CARRASQUILLO PAGAN, MADELINE  Case number (if known) 3:19-bk-119

| 4.22 | Td Rcs/Advance Auto | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number | 2052 | $1.00 |

When was the debt incurred? 2010-02

1000 Macarthur Blvd
Mahwah, NJ 07430-2035
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only  ☐ Contingent
■ Debtor 2 only  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only  ☐ Disputed
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes  ■ Other. Specify  Revolving account

---

**Part 3:** List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Administracion de Servicios Medicos PR**
**Division de Facturación y Cobros**
**PO Box 2129**
**San Juan, PR 00922-2129**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  6590

Name and Address
**Lcdo. Guillermo A Baralt Miro**
**Grupo Hima San Pablo**
**Apartado 4980**
**Caguas, PR 00726-4980**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  0351

---

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 17,447.26 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 17,447.26 |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | Student loans | 6f. | $ | 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 58,465.94 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 58,465.94 |

---

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **WILSON RODRIGUEZ SANTIAGO** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | **MADELINE CARRASQUILLO PAGAN** |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | 3:19-bk-119 |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ WILSON RODRIGUEZ SANTIAGO**
WILSON RODRIGUEZ SANTIAGO
Signature of Debtor 1

Date **October 30, 2019**

X **/s/ MADELINE CARRASQUILLO PAGAN**
MADELINE CARRASQUILLO PAGAN
Signature of Debtor 2

Date **October 30, 2019**

```
Label Matrix for local noticing        BANCO POPULAR DE PUERTO RICO           ORIENTAL BANK CCU
0104-3                                  MORTGAGE COUNSELING AND BANKRUPTCY (762) CCU BANKRUPTCY DEPARTMENT
Case 19-00119-MCF13                     PO BOX 362708                           PO BOX 364745
District of Puerto Rico                 SAN JUAN, PR 00936-2708                 SAN JUAN, PR 00936-4745
Old San Juan
Tue Oct 29 11:13:51 AST 2019

US Bankruptcy Court District of P.R.    ADMINISTRACION DE SERVICIOS MEDICOS DE PR  American Express National Bank
Jose V Toledo Fed Bldg & US Courthouse  DIVISION DE FACTURACION Y COBROS        c/o Becket and Lee LLP
300 Recinto Sur Street, Room 109        PO BOX 2129                             PO Box 3001
San Juan, PR 00901-1964                 SAN JUAN, PR 00922-2129                 Malvern  PA 19355-0701


Amex                                    Banco Popular de Puerto Rico            Banco Santander Puerto Rico
PO Box 297871                           Bankruptcy Department                   PO Box 362589
Fort Lauderdale, FL 33329-7871          PO Box 366818                           San Juan, PR 00936-2589
                                        San Juan, PR 00936-6818


Citibank, N.A.                          Claro                                   DEPARTMENT OF TREASURY
Citibank, N.A.                          PO Box 360998                                          BANKRUPTCY SECTION 424 B
701 East 60th Street North              San Juan, PR 00936-0998                 PO BOX 9024140
Sioux Falls, SD 57104-0493                                                      SAN JUAN, PR 00902-4140


Departamento de Hacienda                Dsnb Macys                              FIRST BANK
Paseo Covadonga #10                     PO Box 8218                             CONSUMER SERVICE CENTER
Edif Intendente Ramirez                 Mason, OH 45040-8218                    BANKRUPTCY DIVISION (CODE 248)
San Juan, PR 00901-2613                                                         PO BOX 9146, SAN JUAN, PR 00908-0146


Firstbank Puerto Rico                   HOSPITAL HIMA SAN PABLO                 Island Finan
PO Box 9146                             PO BOX 4980                             PO Box 71504
San Juan, PR 00908-0146                 CAGUAS, PR 00726-4980                   San Juan, PR 00936-8604


(p)JEFFERSON CAPITAL SYSTEMS LLC        ORIENTAL BANK                           Sears/Cbna
PO BOX 7999                             Centralized Collections Unit            PO Box 6282
SAINT CLOUD MN 56302-7999               BOX 364745,                             Sioux Falls, SD 57117-6282
                                        SAN JUAN, P.R. 00936-4745
                                        Att.: RAMN A. SNCHEZ MARRERO 00936-4745


Syncb/Jc Penney Pr                      Syncb/Walmart DC                        Synchrony Bank
PO Box 965007                           PO Box 965024                           c/o PRA Receivables Management, LLC
Orlando, FL 32896-5007                  Orlando, FL 32896-5024                  PO Box 41021
                                                                                Norfolk VA 23541-1021


Td Rcs/Advance Auto                     ALEJANDRO OLIVERAS RIVERA               MADELINE CARRASQUILLO PAGAN
1000 Macarthur Blvd                     ALEJANDRO OLIVERAS CHAPTER 13 TRUS      CALLE CORAL A 14
Mahwah, NJ 07430-2035                   PO BOX 9024062                          MANSIONES DE SANTA BARBARA
                                        SAN JUAN, PR 00902-4062                 GURABO, PR 00778-5108


MONSITA LECAROZ ARRIBAS                 ROBERTO ARISTIDES FIGUEROA COLON        WILSON RODRIGUEZ SANTIAGO
OFFICE OF THE US TRUSTEE (UST)          FIGUEROA & SERRANO PSC                  CALLE CORAL A 14
OCHOA BUILDING                          PO BOX 1635                             MANSIONES DE SANTA BARBARA
500 TANCA STREET  SUITE 301             GUAYNABO, PR 00970-1635                 GURABO, PR 00778-5108
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)BANCO POPULAR DE PUERTO RICO                End of Label Matrix
MORTGAGE COUNSELING AND BANKRUPTCY (762)       Mailable recipients    29
PO BOX 362708                                  Bypassed recipients     1
SAN JUAN PR  00936-2708                        Total                  30