IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

RECEIVED AND FILED - SJ-PR
USBC '19 NOV 8 PM 3:56

| In Re: | Case No. 19-00119-MCF13 |
|---|---|
| Wilson Rodriguez Santiago<br>Madeline Carrasquillo Pagan | Chapter 13 |
| *Debtors* | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE COURT

COMES NOW **Grupo HIMA San Pablo, Inc.**, (hereinafter "**HIMA**") Creditor in the above captioned Chapter 13 Case, through the undersigned counsel, and respectfully states and prays:

1. **HIMA** herein requests that all files papers, motions, notices and documents related to this case be forwarded to the office of the undersigned at the following address:

   Rafael E. Díaz-Gonzalez, Esq.
   PO Box 4980
   Caguas, Puerto Rico 00726-4980

**WHEREFORE**, it is respectfully requested that the Honorable Court takes notice of the above and allows **HIMA's** inclusion in the case's Mailing List.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants including but not limited to the U.S. Trustee, and Debtor's Attorney.

**RESPECTFULLY SUBMITTED**

In Caguas, Puerto Rico, on this 7th day of November 2019.

*s/Rafael E. Díaz-Gonzalez, Esq.*
USDC 303703
PO Box 4980
Caguas, Puerto Rico 00726-4980
Tel.  (787) 653-3434 x4548
Fax.  (787) 653-1792
rediazlaw@gmail.com